APPEAL,MDL,Transfer Out

# United States District Court
## District of Nevada (Las Vegas)
## CIVIL DOCKET FOR CASE #: 2:05-cv-01331-RCJ-BNW

| | |
|---|---|
| Reorganized FLI, Inc. v. Williams Companies, Inc., et al<br>MDL 1566<br>Assigned to: Judge Robert C. Jones<br>Referred to: Magistrate Judge Brenda Weksler<br>Lead case: 2:03-cv-01431-RCJ-BNW<br>Member case: (View Member Case)<br>Case in other court: Ninth Circuit, 16-17279<br>Cause: 15:1 Antitrust Litigation | Date Filed: 11/04/2005<br>Jury Demand: Plaintiff<br>Nature of Suit: 410 Anti-Trust<br>Jurisdiction: Federal Question |

### Plaintiff

| | | |
|---|---|---|
| **JP Morgan Trust Company, NA**<br>*TERMINATED: 03/30/2009* | represented by | **Donald D. Barry**<br>Barry Law Offices, L.L.C.<br>5340 SW 17th Street<br>Topeka, KS 66604<br>785-273-3153<br>Fax: 785-273-3159<br>Email: dbarry@inlandnet.net<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Eric I. Unrein**<br>Cavanaugh, Biggs & Lemon, P.A.<br>2942A SW Wanamaker Drive, Suite 100<br>Topeka, KS 66614<br>(785) 440-4000<br>Fax: (785) 440-3900<br>Email: eunrein@cavlem.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Gary D. McCallister**<br>Gary D. McCallister & Associates, LLC<br>120 North LaSalle Street<br>Suite 2800<br>Chicago, IL 60602<br>(312) 345-0611<br>Fax: (312) 345-0612<br>Email: gdm@gdmlawfirm.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Isaac Diel**
Sharp McQueen P.A.
6900 College Blvd., Suite 285
Overland Park, KS 66211
913-661-9931
Fax: 913-661-9935
Email: dslawkc@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas H. Brill**
Law Office of Thomas H. Brill
6552 Sagamore Rd
Mission Hills, KS 66208
913-677-2004
Fax: 913-677-2152
Email: brillkc@aol.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Reorganized FLI, Inc.** represented by **Donald D. Barry**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric I. Unrein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary D. McCallister**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Isaac Diel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas H. Brill**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **AEP Energy Services, Inc.**<br>*[267] dismissed*<br>*TERMINATED: 07/18/2011* | represented by | **Robert B. Wolinsky**<br>Hogan & Hartson<br>555 13th St., N.W.<br>Washington, DC 20004-<br>(202) 637-5600<br>Email: rbwolinsky@hhlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Steven J. Routh**<br>Orrick Herrington & Sutcliffe<br>Columbia Center<br>1152 15th Street, N.W.<br>Washington, DC 20005-1706<br>202-339-8400<br>Fax: 202-339-8500<br>Email: SJRouth@hhlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **American Electric Power Company, Inc.**<br>*TERMINATED: 07/18/2011* | represented by | **Robert B. Wolinsky**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Steven J. Routh**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Centerpoint Energy Inc.**<br>*TERMINATED: 08/09/2008* | represented by | **Orrin L Harrison , III**<br>Gruber Hurst Johansen Hail Shank<br>1445 Ross Avenue<br>Suite 2500<br>Dallas, TX 75202<br>214-855-6828<br>Fax: 214-855-6808<br>Email: oharrison@getrial.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Reginald D. Steer**<br>Akin Gump Strauss Hauer & Feld LLP |

                  580 California Street
                  San Francisco, CA 94104
                  415-765-9500
                  Fax: 415-765-9501
                  Email: rsteer@akingump.com
                  *LEAD ATTORNEY*
                  *ATTORNEY TO BE NOTICED*

**Defendant**

**CMS Energy Corporation**     represented by **Michelle B Goodman**
*TERMINATED: 02/23/2009*             Sidley Austin LLP
                  555 West Fifth Street
                  Los Angeles, CA 90013
                  (213) 896-6000
                  Fax: (213) 896-6600
                  Email: mgoodman@sidley.com
                  *ATTORNEY TO BE NOTICED*

                  **Thomas H. Brill**
                  (See above for address)
                  *PRO HAC VICE*
                  *ATTORNEY TO BE NOTICED*

**Defendant**

**CMS Field Services**     represented by **Mark E Haddad**
*TERMINATED: 07/18/2011*             University of Southern California
                  USC Gould School of Law
                  699 Exposition Blvd.
                  Los Angeles, CA 90089-0071
                  213-675-5957
                  Email: mhaddad@sidley.com
                  *LEAD ATTORNEY*
                  *ATTORNEY TO BE NOTICED*

                  **Michelle B Goodman**
                  (See above for address)
                  *ATTORNEY TO BE NOTICED*

**Defendant**

**CMS Marketing, Service & Trading**   represented by **Mark E Haddad**
**Company**                  (See above for address)
*TERMINATED: 07/18/2011*             *LEAD ATTORNEY*
                  *ATTORNEY TO BE NOTICED*

                  **Michelle B Goodman**
                  (See above for address)
                  *ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Coral Energy Resources, LP** *[258] order dismissal* *TERMINATED: 07/18/2011* | represented by | **Joshua D. Lichtman** Norton Rose Fulbright US LLP 555 South Flower 41st Floor Los Angeles, CA 90071 213-892-9226 Fax: 213-892-9494 Email: joshua.lichtman@nortonrosefulbright.com *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Duke Energy Corporation** *TERMINATED: 02/23/2009* | represented by | **Joel B. Kleinman** Blank Rome LLP 1825 Eye Street NW Washington, DC 20006-5403 (202) 420-2221 Fax: (202) 420-2201 Email: JKleinman@BlankRome.com *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Lisa M Kaas** Blank Rome LLP Corporate Litigation 1825 Eye Street NW Washington, DC 20006-5403 202-420-2733 Fax: 202-420-2201 Email: LKaas@BlankRome.com *ATTORNEY TO BE NOTICED* |
| | | **Thomas H. Brill** (See above for address) *PRO HAC VICE* *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Duke Energy Trading & Marketing, LLC** *TERMINATED: 07/18/2011* | represented by | **Jerome T. Wolf** SNR Denton US LLP 4520 Main Street Kansas City, MO 64111 816-460-2420 Fax: 816-531-7545 Email: jerome.wolf@dentons.com *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Joel B. Kleinman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie H. Spiegel**
Dickstein Shapiro Morin & Oshinsky, LLP
2101 L Street NW
Washington, DC 20037
(202) 785-9700
Fax: (202) 887-0689
Email: SpiegelL@dsmo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa M Kaas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dynegy Marketing & Trade**
*TERMINATED: 07/18/2011*

represented by **Douglas R. Tribble**
Pillsbury Winthrop Shaw Pittman LLP
501 West Broadway
Suite 1100
San Diego, CA 92101-3575
(619) 544-3379
Fax: (619) 236-1995
Email: douglas.tribble@pillsburylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John M. Grenfell**
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA 94105-2228
(415) 983-1488
Fax: (415) 983-1200
Email: john.grenfell@pillsburylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**e prime Inc.**
*TERMINATED: 07/18/2011*

represented by **Joseph Duffy , Jr.**
Morgan, Lewis & Bockius, LLP
300 South Grand Avenue
22nd Floor
Los Angeles, CA 90071
213-612-2500

      Fax: 213-612-2501
      Email: joseph.duffy@morganlewis.com
      *TERMINATED: 05/09/2008*
      *PRO HAC VICE*

      **Michael John Miguel**
      McKool Smith Hennigan PC
      300 So. Grand Avenue
      Ste 2900
      Los Angeles, CA 90071
      (213) 694-1030
      Fax: (213) 694-1234
      Email: mmiguel@mckoolsmithhennigan.com
      *PRO HAC VICE*
      *ATTORNEY TO BE NOTICED*

**Defendant**

**El Paso Corporation**    represented by   **Diane E. Pritchard**
*TERMINATED: 07/18/2011*                                Morrison & Foerster
                                                                                                                                                                                              425 Market St.
                                                                                                                                                                                                      San Francisco, CA 94105-2482

      415-268-7000
      Fax: 415-268-7522
      Email: dpritchard@mofo.com
      *LEAD ATTORNEY*
      *ATTORNEY TO BE NOTICED*

      **Stacy L. Williams**
      Locke Lord LLP
      600 Travis; Ste. 2800
      Houston, TX 77002
      713-226-1297
      Fax: 713-229-2606
      Email: swilliams@lockelord.com
      *ATTORNEY TO BE NOTICED*

**Defendant**

**El Paso Merchant Energy LP**    represented by   **Diane E. Pritchard**
*TERMINATED: 07/18/2011*                             (See above for address)
      *LEAD ATTORNEY*
      *ATTORNEY TO BE NOTICED*

      **Stacy L. Williams**
      (See above for address)
      *ATTORNEY TO BE NOTICED*

**Defendant**

                                      represented by

**Oneoak, Inc.**
*[259] order dismissal*
*TERMINATED: 07/18/2011*

**Oliver S Howard**
Gable & Gotwals
100 W. 5th Street
Suite 1100
Tulsa, OK 74103
918-595-4800
Email: ohoward@gablelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amelia A Fogleman**
Gable & Gotwals
1100 Oneok Plaza
100 West 5th Street
Tulsa, OK 74103-4217
918-595-4800
Fax: 918-595-4990
Email: afogleman@gablelaw.com
*ATTORNEY TO BE NOTICED*

**Mason G Patterson**
Gable & Gotwals
100 West Fifth Street
Tulsa, OK 74103
(918) 595-4800
Fax: (918) 595-4990
Email: mpatterson@gablelaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Oneok Energy Marketing & Trading Company, LP**
*[258] order dismissal*
*TERMINATED: 07/18/2011*

represented by **Oliver S Howard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amelia A Fogleman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mason G Patterson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Reliant Energy Services**
*TERMINATED: 07/18/2011*

represented by **Amy E. Tabor**
Baker Botts, LLP
910 Louisiana
Houston, TX 77002
713-229-1431

Email: amy.tabor@bakerbotts.com
*ATTORNEY TO BE NOTICED*

**D. Neal Tomlinson**
Snell & Wilmer L.L.P.
3883 Howard Hughes Pkwy.
1100
Las Vegas, NV 89169
702-784-5200
Fax: 702-784-5252
Email: neal@hyperionlegal.com

**Joseph P. Hardy**
Gordon & Rees LLP
3770 Howard Hughes Pkwy., Ste. 100
Las Vegas, NV 89169
702-577-9300
Fax: 702-255-2858
Email: jhardy@gordonrees.com
*TERMINATED: 03/06/2008*

**Mark A. James**
Bullivant Houser Bailey, PC
3980 Howard Hughes Pkwy
Suite 550
Las Vegas, NV 89169
Email: Mark.James@Bullivant.com
*TERMINATED: 03/06/2008*

**Defendant**

**Reliant Energy, Inc.**　　　represented by　**Amy E. Tabor**
*TERMINATED: 02/23/2009*　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**D. Neal Tomlinson**
(See above for address)

**Joseph P. Hardy**
(See above for address)
*TERMINATED: 03/06/2008*

**Mark A. James**
(See above for address)
*TERMINATED: 03/06/2008*

**Thomas H. Brill**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Western Gas Resources, Inc.** | represented by | **James E Scarboro** |

Arnold & Porter LLP
370 Seventeenth Street
Denver, CO 80202
303-863-2311
Fax: 303-832-0428
Email: james.scarboro@aporter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica Brody**
Arnold & Porter
370 17th St.
Suite 4500
Denver, CO 80202
303-863-2307
Fax: 303-832-0428
Email: jessica.brody@aporter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Douglas**
Arnold & Porter
370 17th St.
Suite 4500
Denver, CO 80202
303-863-1000
Email: matthew.douglas@aporter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Williams Companies, Inc.**<br>*TERMINATED: 07/18/2011* | represented by | **Brandon B Rule** |

Hall Estill
320 South Boston Avenue
Tulsa, OK 74103-3706
918-594-0400
Fax: 918-594-0505
Email: brule@hallestill.com
*ATTORNEY TO BE NOTICED*

**Graydon Dean Luthey , Jr.**
Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
320 South Boston Avenue
Tulsa, OK 74103
(918) 594-0672
Fax: (918) 594-0505

Email: dluthey@hallestill.com
*ATTORNEY TO BE NOTICED*

**Heather L. Cupp**
Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
320 South Boston Avenue
Tulsa, OK 74103
(918) 594-0422
Fax: (918) 594-0505
Email: hcupp@hallestill.com
*TERMINATED: 05/20/2016*

**Jeffrey M. Shohet**
DLA Piper Rudnick Gray Cary US LLP
401 B Street
Suite 1700
San Diego, CA 92101-4297
(619) 699-2755
Fax: (619) 236-1048
*TERMINATED: 07/17/2008*

**Sarah Jane Gillett**
Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
320 South Boston Avenue
Tulsa, OK 74103
(918) 594-0439
Fax: (918) 594-0505
Email: sgillett@hallestill.com
*TERMINATED: 05/20/2016*

**Stephanie A. Horton**
Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
320 South Boston Avenue
Tulsa, OK 74103
(918) 594-0438
Fax: (918) 594-0505
Email: shorton@hallestill.com
*TERMINATED: 04/23/2008*

**Defendant**

| | | |
|---|---|---|
| **Williams Energy Marketing & Trading Company**<br>*TERMINATED: 07/18/2011* | represented by | **Brandon B Rule**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Graydon Dean Luthey , Jr.**<br>(See above for address) |

*ATTORNEY TO BE NOTICED*

**Heather L. Cupp**
(See above for address)
*TERMINATED: 05/20/2016*

**Jeffrey M. Shohet**
(See above for address)
*TERMINATED: 07/17/2008*

**Sarah Jane Gillett**
(See above for address)
*TERMINATED: 05/20/2016*

**Stephanie A. Horton**
(See above for address)
*TERMINATED: 04/23/2008*

**Defendant**

| | | |
|---|---|---|
| **Williams Merchant Services Company, Inc.**<br>*TERMINATED: 07/18/2011* | represented by | **Brandon B Rule**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Graydon Dean Luthey , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Heather L. Cupp**
(See above for address)
*TERMINATED: 05/20/2016*

**Jeffrey M. Shohet**
(See above for address)
*TERMINATED: 07/17/2008*

**Sarah Jane Gillett**
(See above for address)
*TERMINATED: 05/20/2016*

**Stephanie A. Horton**
(See above for address)
*TERMINATED: 04/23/2008*

**Defendant**

| | | |
|---|---|---|
| **Xcel Energy Inc.**<br>*TERMINATED: 07/18/2011* | represented by | **Joseph Duffy , Jr.**<br>(See above for address)<br>*TERMINATED: 05/09/2008*<br>*PRO HAC VICE* |

**Michael John Miguel**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/02/2019 | 286 | CLERK'S NOTICE that this case is randomly reassigned to Magistrate Judge Brenda Weksler for all further proceedings.<br><br>All further documents must bear the correct case number **2:05-cv-01331-RCJ-BNW**. **(no image attached)** (RFJ) (Entered: 05/02/2019) |

| PACER Service Center ||||
|---|---|---|---|
| Transaction Receipt ||||
| 05/08/2019 09:16:55 ||||
| **PACER Login:** | ux4817:4244322:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:05-cv-01331-RCJ-BNW Start date: 05/01/2019 |
| **Billable Pages:** | 12 | **Cost:** | 1.20 |