UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST LITIGATION | MDL 1566<br>CV-S-03-1431-PMP (PAL) |
| J.P. MORGAN TRUST COMPANY, NATIONAL ASSOCIATION, in its Capacity as Trustee of the FI Liquidating Trust, | MDL 1566<br>CV-S-05-1331-PMP (PAL) |
| Plaintiff, | |
| v. | |
| THE WILLIAMS COMPANIES, INC., *et al.*, | |
| Defendants. | |

## ORDER ON PLAINTIFF'S MOTION FOR SUBSTITUTION

This matter comes before the Court on the motion of Plaintiff, J.P. Morgan Chase Bank, National Association, successor-in-interest to J.P. Morgan Trust Company, National Association, in its capacity as Liquidating Trustee of the FI Liquidating Trust (the "Trustee"), seeking an order substituting Reorganized FLI, Inc., ("RFLI") in its place and stead as sole Plaintiff in this action.

The Court has reviewed the papers submitted in connection with the motion and considered the authorities and arguments of counsel. Being fully informed in the premises, the Court finds that there has been a transfer of an interest within the meaning of Rule 25(c) of the Federal Rules of Civil Procedure and that such transfer warrants substitution of the party plaintiff in this action.

1

Therefore, **IT IS ORDERED** that:

1. The Trustee's motion for substitution of parties (Docket number 1526) is granted;

2. RFLI is substituted for the Trustee, and RFLI will stand in the Trustee's place and stead as sole Plaintiff in this action;

3. The Clerk will make whatever changes are appropriate in the records of this Court to reflect the substitution;

4. All papers subsequently filed by any person in this action will properly reflect the substitution ordered herein.

                                        UNITED STATES DISTRICT JUDGE

DATED: March 30, 2009