IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| REORGANIZED FLI, INC., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:05-cv-02389-DDC-GEB |
| | ) |
| THE WILLIAMS COMPANIES, INC. ET AL, | ) |
| | ) |
| Defendant. | ) |
| | ) |

NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Jay K. Wieser hereby withdraws as counsel for Defendants Dynegy Illinois Inc.; DMT G.P. L.L.C.; Dynegy GP Inc.; and Dynegy Marketing and Trade ("Dynegy Defendants") pursuant to Local Civil Rule 83.5.5(b). Mr. Wieser is no longer associated with Jackson Walker L.L.P.  The undersigned attorneys from the law firm of Jackson Walker L.L.P., and PEAK Litigation LLP who have appeared in this matter remain as counsel of record for the Dynegy Defendants.

Dated: October 20, 2021

    Respectfully submitted,

*/s/ Patrick N. Fanning*
Patrick N. Fanning   KS# 19015
PEAK Litigation LLP
4900 Main Street, Suite 160
Kansas City, Missouri 64112
Telephone: (816) 281-5404
Email: pfanning@peaklitigation.com

Joseph A. Fischer, III
Texas Bar Number 00789292
Edwin Buffmire
Texas Bar No. 24078283
Jackson Walker L.L.P.
1401 McKinney St, Suite 1900
Houston, Texas 77010
Telephone: (713) 752-4500
Facsimile: (713) 308-4130
Email: tfischer@jw.com
Email: ebuffmire@jw.com

ATTORNEYS FOR DYNEGY ILLINOIS
INC.; DMT G.P. L.L.C.; DYNEGY GP INC.;
AND DYNEGY MARKETING AND TRADE

CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of October, 2021, a true and correct copy of the foregoing document was electronically served on counsel for all parties properly registered to receive notice via the Court's CM/ECF system.

By: */s/ Patrick N. Fanning*
An Attorney for Dynegy Defendants